# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**
**VA 2-195-761**

Effective Date of Registration:
January 30, 2020
Registration Decision Date:
March 18, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:    August 25, 2015 to December 20, 2015

### Title

| | |
|---|---|
| Title of Group: | Heidi Klum Brentwood |
| Number of Photographs in Group: | 25 |
| • Individual Photographs: | hk1.jpg,hk2.jpg,hk3.jpg,hk4,.jpg,hk5.jpg,hk6.jpg,hk7.jpg,hk8.jpg,hk9.jpg,hk10.jpg,hk11.jpg,hk12.jpg,hk13.jpg,hk14.jpg,hk15.jpg,hk16.jpg,hk17.jpg,hk18.jpg,hk19.jpg,hk20.jpg,hk21.jpg,hk22.jpg,hk23.jpg,hk24.jpg,hk25.jpg |
| Published: | August 2015 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Earliest Publication Date in Group: | August 25, 2015 |
| Latest Publication Date in Group: | December 20, 2015 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Nick Springett |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Nick Springett |
| | 4646 Glencoe Ave #1, Marina del Rey, CA, 90292, United States |

### Certification